
UNDER SEAL

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

```
F  I  L  E  D
      APR   0 2019
CLERK, U.S. DISTRICT COURT
   ALEXANDRIA, VIRGINIA
```

UNITED STATES OF AMERICA          )
                                  )
v.                                )    Criminal No.  1:19-mj-169
                                  )
Maryuri Pamela ALEMAN HERNANDEZ   )    Hon. John F. Anderson
                                  )
Defendant.                        )

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Kurt Simard, being first duly sworn, hereby depose and state as follows:

1.     I am a Deportation Officer with United States Immigration and Customs

Enforcement, Enforcement and Removal Operations (ICE/ERO) in Fairfax, Virginia.  I have

been employed with ICE since August of 2011.  I was previously employed as a Border Patrol

Agent with United States Customs and Border Protection for an additional three years.  During

my career, I have received specialized training and have conducted numerous investigations

relating to administrative and criminal violations of the Immigration and Nationality Act, Title 8

of the United States Code, and Title 18 of the United States Code.

2.     My duties as a Deportation Officer with ICE include investigating administrative

and criminal violations of the Immigration and Nationality Act, Title 8 of the United States

Code, and Title 18 of the United States Code, and seeking, when applicable, prosecution and

removal of violators.

3.     This affidavit is submitted in support of a criminal complaint and arrest warrant

charging Maryuri Pamela ALEMAN HERNANDEZ (hereafter referred to as "ALEMAN

HERNANDEZ") with knowingly procuring, or attempting to procure, contrary to law, United States citizenship through naturalization, in violation of Title 18, United States Code, Section 1425(a).

4.      The facts and information contained in this affidavit are based upon my training and experience, participation in immigration investigations, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during this investigation. This affidavit contains information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the Government.

## PROBABLE CAUSE

5.      On or about August 4, 2015, ICE initiated an investigation into ALEMAN HERNANDEZ. At that time, Deportation Officers received information from the Virginia Department of Corrections Probation and Parole that ALEMAN HERNANDEZ, a native of Honduras and citizen of the United States, entered supervised probation because of a local criminal conviction. Deportation Officers obtained ALEMAN HERNANDEZ' immigration alien file (commonly referred to as "A file") and found that ALEMAN HERNANDEZ was a naturalized United States citizen due to an approved Application for Naturalization (N-400), which was filed in Fairfax, Virginia, which is in the Eastern District of Virginia. Deportation Officers also found a Certificate of Naturalization in ALEMAN HERNANDEZ' A file, which showed that ALEMAN HERNANDEZ participated in a naturalization ceremony at the United States District Court for the Western District of Virginia. ALEMAN HERNANDEZ' A file,

2

however, revealed that she had not disclosed criminal activity in her N-400 and that she made false representations concerning her criminal activity.

6.      Specifically, after entering the United States as a lawful permanent resident (LPR), in 2000, on or about March 24, 2014, ALEMAN HERNANDEZ applied for naturalization as a United States citizen utilizing government form N-400 with United States Citizenship and Immigration Services (USCIS).  On or about July 24, 2014, ALEMAN HERNANDEZ appeared for a Naturalization Initial Interview in Fairfax, Virginia, within the Eastern District of Virginia.  ALEMAN HERNANDEZ was placed under oath by USCIS and interviewed about the contents of her N-400 application.  ALEMAN HERNANDEZ certified in writing under penalty of perjury under the laws of the United States that the contents of her application were true and correct.

8.      In ALEMAN HERNANDEZ' N-400, question 22 on page 15 of 21 asks, "Have you ever committed, assisted in committing, or attempted to commit, a crime or offense for which you were not arrested?"  ALEMAN HERNANDEZ answered "No" to this question.  On or about July 24, 2014, USCIS approved ALEMAN HERNANDEZ' N-400 and she became a naturalized United States citizen, on or about September 17, 2014.

9.      However, as contained in ALEMAN HERNANDEZ' A file, she was convicted, on or about June 22, 2015, in the Rockingham County Circuit Court, in Harrisonburg, Virginia of unlawfully and feloniously committing perjury by knowingly making a false application for public assistance between the dates of February 10, 2011 and May 31, 2011.  ALEMAN HERNANDEZ was represented by an attorney during the proceedings related to her conviction and was sentenced to two years of incarceration with two years suspended.

10. Therefore, ALEMAN HERNANDEZ falsely stated that she had never committed a crime or offense for which she was never arrested.

11. Based on my review of ALEMAN HERNANDEZ' N-400 and Certificate of Naturalization, I determined that USCIS' Washington Field Office, located in Fairfax, Virginia, adjudicated her application.

12. ALEMAN HERNANDEZ' N-400 is a form promulgated by USCIS and is an application and document required by the immigration laws of the United States in order for the applicant to obtain United States citizenship by the legal process of naturalization.

## CONCLUSION

13. Based upon the foregoing, I submit that there is probable cause to believe that, on or about July 24, 2014, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, Maryuri Pamela ALEMAN HERNANDEZ, knowingly procured, or attempted to procure, contrary to law, United States citizenship through naturalization, in violation of Title 18, United States Code, Section 1425(a).

Respectfully submitted,

Kurt Simard
Deportation Officer
United States Immigration and Customs
Enforcement

Sworn to and subscribed before me
This **10** day of April, 2019.

_____ /s/ _____
John F. Anderson
Honorable John F. Anderson
United States Magistrate Judge
Alexandria, Virginia

4